UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL GARRISON,

        Plaintiff,                Case Number 21-11857

v.                                  Honorable David M. Lawson
                                     Magistrate Judge Johnathan J.C. Grey

SUSAN R. CORBIN and JOHN DOES 1-5,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING THE COMPLAINT

Presently before the Court is the report issued on January 27, 2022 by Magistrate Judge Jonathan J.C. Grey pursuant to 28 U.S.C. § 636(b), recommending that the Court dismiss the plaintiff's complaint for failure to prosecute. The deadline for filing objections to the report has passed, and no objections have been filed. The plaintiff's failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 13) is **ADOPTED**.

It is further **ORDERED** that the complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

                                                      s/David M. Lawson
                                                      DAVID M. LAWSON
                                                      United States District Judge

Dated: February 18, 2022